SCANNED UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

RICHARD DANIELS
a/k/a "Stitch"
JOHN VALDES
STEVEN GALLUCCI
TIMMY BELLMORE
BRIAN BILODEAU
TYLER POLAND
TIMOTHY VEILLEUX
MARK KILPATRICK
BRANDON KNUTSON
CALEB LABERGE
TY PROPERTIES, LLC
TY CONSTRUCTION, LLC
1830 LISBON ST., LLC
COMVEST, INC
MR, LLC
WILLIE MOE ENTERTAINMENT, INC.
TMB AUTO, LLC
YEHUDI PARDO
CHARLES CALIRI
BRIAN BILODEAU, LLC
DANIEL L. POLAND III
D.L.P. BUILDERS, LLC
SHAWNA BIELAWSKI

Docket No. 2:18-cr-63-GZS

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2018 OCT -5 P 3: 45

DEPUTY CLERK

### SUPERSEDING INDICTMENT

The Grand Jury Charges:

### COUNT 1
### (Conspiracy to Distribute Marijuana)

Between about 2015 and February 27, 2018, within the District of Maine and elsewhere,

defendants

1

**RICHARD DANIELS**
**TIMMY BELLMORE**
**BRIAN BILODEAU**
**TYLER POLAND**
**TIMOTHY VEILLEUX**
**MARK KILPATRICK**
**BRANDON KNUTSON**
**CALEB LABERGE**
**1830 LISBON ST., LLC**
**COMVEST, INC**
**WILLIE MOE ENTERTAINMENT, INC.**

knowingly and intentionally conspired with each other and others known and unknown to

manufacture, distribute,  and possess with intent to distribute marijuana plants and marijuana, in

violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that as to each defendant, their conduct as members of the conspiracy

charged in Count One, which includes the reasonably foreseeable conduct of other members of

the narcotics conspiracy charged in Count One, involved 100 or more marijuana plants and 100

kilograms or more of marijuana, in violation of Title 21, United States Code, Section

841(b)(1)(B).

**COUNT 2**
**(Distribution of Marijuana)**

On about August 24, 2017, within the District of Maine, defendant

**RICHARD DANIELS**

knowingly and intentionally distributed marijuana, in violation of Title 21, United States Code,

Section 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section

841(b)(1)(D) apply to the conduct described herein.

2

## COUNT 3
**(Possession with Intent to Distribute Marijuana)**

On about August 24, 2017, within the District of Maine, defendant

## JOHN VALDES

knowingly and intentionally possessed with intent to distribute marijuana, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(D) apply to the conduct described herein.

## COUNT 4
**(Distribution of Marijuana)**

On about September 29, 2017, within the District of Maine, defendant

## RICHARD DANIELS

knowingly and intentionally distributed marijuana, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(D) apply to the conduct described herein.

## COUNT 5
**(Possession with Intent to Distribute Marijuana)**

On about September 29, 2017, within the District of Maine, defendant

## JOHN VALDES

knowingly and intentionally possessed with intent to distribute marijuana, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(D) apply to the conduct described herein.

3

## COUNT 6
### (Distribution of LSD)

On about October 6, 2017, within the District of Maine, defendant

### RICHARD DANIELS

knowingly and intentionally distributed lysergic acid diethylamide (LSD), in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(C) apply to the conduct described herein.

## COUNT 7
### (Distribution of Marijuana)

On about February 8, 2018, within the District of Maine, defendant

### RICHARD DANIELS

knowingly and intentionally distributed marijuana, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(D) apply to the conduct described herein.

## COUNT 8
### (Possession with Intent to Distribute Marijuana)

On about February 8, 2018, within the District of Maine, defendant

### STEVEN GALLUCCI

knowingly and intentionally possessed with intent to distribute marijuana, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(D) apply to the conduct described herein.

4

## COUNT 9
**(Possession with Intent to Distribute Marijuana)**

On about February 27, 2018, within the District of Maine, defendant

## RICHARD DANIELS
**a/k/a "Stitch"**

knowingly and intentionally possessed with intent to distribute more than 50 kilograms of

marijuana, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section

841(b)(1)(C) apply to the conduct described herein.

## COUNT 10
**(Manufacturing a Controlled Substance)**

Beginning on a date unknown, and continuing until February 27, 2018, within the District

of Maine, defendant

## RICHARD DANIELS
**a/k/a "Stitch"**

knowingly and intentionally manufactured a substance containing marijuana, in violation of Title

21, United States Code, Section 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section

841(b)(1)(C) apply to the conduct described herein.

## COUNT 11
**(Manufacturing a Controlled Substance)**

On about February 27, 2018, within the District of Maine, defendant

## TIMMY BELLMORE

knowingly and intentionally manufactured more than 100 marijuana plants, in violation of Title

21, United States Code, Section 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section

841(b)(1)(B) apply to the conduct described herein.

## COUNT 12
### (Manufacturing a Controlled Substance)

On about February 27, 2018, within the District of Maine, defendants

**BRIAN BILODEAU**
**MR, LLC**

knowingly and intentionally manufactured more than 100 marijuana plants, in violation of Title

21, United States Code, Section 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section

841(b)(1)(B) apply to the conduct described herein.

## COUNT 13
### (Possession with Intent to Distribute Marijuana)

On about February 27, 2018, within the District of Maine, defendant

**BRIAN BILODEAU**

knowingly and intentionally possessed with intent to distribute more than 50 kilograms of

marijuana, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section

841(b)(1)(C) apply to the conduct described herein.

### COUNT 14
**(Possession of a Firearm in Furtherance of Drug Trafficking)**

On about February 27, 2018, within the District of Maine, defendant

**BRIAN BILODEAU**

knowingly and intentionally possessed a Beretta, model BU9 Nano, 9mm pistol, bearing serial

number NU111403, in furtherance of a drug trafficking crime for which he may be prosecuted in

a court of the United States, namely the offense described in Count 1 of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

### COUNT 15
**(Manufacturing a Controlled Substance)**

On about February 27, 2018, within the District of Maine, defendants

**TYLER POLAND**
**TY PROPERTIES, LLC**

knowingly and intentionally manufactured more than 100 marijuana plants, in violation of Title

21, United States Code, Section 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section

841(b)(1)(B) apply to the conduct described herein.

### COUNT 16
**(Possession with Intent to Distribute MDMA)**

On about February 27, 2018, within the District of Maine, defendant

**TYLER POLAND**

knowingly and intentionally possessed with intent to distribute a mixture or substance containing

3,4 methylenedioxymethamphetamine ("MDMA" or "Ecstasy"), in violation of Title 21, United

States Code, Section 841(a)(1).

7

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(C) apply to the conduct described herein.

## COUNT 17
**(Possession with Intent to Distribute Alprazolam)**

On about February 27, 2018, within the District of Maine, defendant

## TYLER POLAND

knowingly and intentionally possessed with intent to distribute a mixture or substance containing alprazolam, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(2) apply to the conduct described herein.

## COUNT 18
**(Possession with Intent to Distribute Marijuana)**

On about February 27, 2018, within the District of Maine, defendant

## TYLER POLAND

knowingly and intentionally possessed with intent to distribute more than 50 kilograms of marijuana, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(C) apply to the conduct described herein.

## COUNT 19
**(Attempted Possession with Intent to Distribute Marijuana)**

On about February 25, 2018, within the District of Maine, defendant

## YEHUDI PARDO

knowingly and intentionally attempted to possess with intent to distribute marijuana, in violation of Title 21, United States Code, Section 841(a)(1).

8

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(D) apply to the conduct described herein.

## COUNT 20
### (Possession with Intent to Distribute Marijuana)

On about February 21, 2018, within the District of Maine, defendant

## CHARLES CALIRI

knowingly and intentionally possessed with intent to distribute marijuana, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(D) apply to the conduct described herein.

## COUNT 21
### (Maintaining a Drug Involved Premises)

Beginning on a date unknown, but no later than June 2017, and continuing until February 27, 2018, within the District of Maine, defendant

## TIMOTHY VEILLEUX

did unlawfully and knowingly use and maintain a place located at 97 Fourth Street, Lewiston, Maine, for the purpose of distributing and manufacturing marijuana, in violation of Title 21, United States Code, Section 856(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 856(b) apply to the conduct described herein.

9

## COUNT 22
**(Maintaining a Drug Involved Premises)**

Beginning on a date unknown, but no later than November 2017, and continuing until

February 27, 2018, within the District of Maine, defendant

## TY PROPERTIES, LLC

did unlawfully and knowingly use and maintain a place located at 249 Merrow Road, Auburn,

Maine, for the purpose of distributing and manufacturing marijuana, in violation of Title 21,

United States Code, Section 856(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section

856(b) apply to the conduct described herein.

## COUNT 23
**(Maintaining a Drug Involved Premises)**

Beginning on a date unknown, but no later than June 2015, and continuing until February

27, 2018, within the District of Maine, defendant

## 1830 LISBON ST., LLC

did unlawfully and knowingly use and maintain a place located at 1830 Lisbon Street, Lewiston,

Maine, for the purpose of distributing and manufacturing marijuana, in violation of Title 21,

United States Code, Section 856(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section

856(b) apply to the conduct described herein.

## COUNT 24
### (Maintaining a Drug Involved Premises)

Beginning on a date unknown, but no later than June 2017, and continuing until February 27, 2018, within the District of Maine, defendant

### COMVEST, INC.

did unlawfully and knowingly use and maintain a place located at 17 Bridge Street, Lewiston, Maine, for the purpose of distributing and manufacturing marijuana, in violation of Title 21, United States Code, Section 856(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 856(b) apply to the conduct described herein.

## COUNT 25
### (Maintaining a Drug Involved Premises)

Beginning on a date unknown, but no later than November 2016, and continuing until February 27, 2018, within the District of Maine, defendant

### MR, LLC

did unlawfully and knowingly use and maintain a place located at 230 Merrow Road, Auburn, Maine, for the purpose of distributing and manufacturing marijuana, in violation of Title 21, United States Code, Section 856(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 856(b) apply to the conduct described herein.

## COUNT 26
### (Maintaining a Drug Involved Premises)

Beginning on a date unknown, but no later than June 2017, and continuing until February 27, 2018, within the District of Maine, defendant

### WILLIE MOE ENTERTAINMENT, INC.

did unlawfully and knowingly use and maintain a place located at 29 Avon Street, Lewiston, Maine, for the purpose of distributing and manufacturing marijuana, in violation of Title 21, United States Code, Section 856(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 856(b) apply to the conduct described herein.

## COUNTS 27-29
### (Money Laundering)

On about the dates set forth below, in the District of Maine and elsewhere, defendants

### TIMMY BELLMORE
### TMB AUTO, LLC

knowingly conducted and attempted to conduct the following financial transactions affecting interstate and foreign commerce, which involved the proceeds of specified unlawful activity, that is conspiracy to distribute and possess with intent to distribute controlled substances as charged in Count 1 of this Superseding Indictment, knowing that the transactions were designed in whole and in part to conceal and disguise, the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, defendant knew that the property involved in the financial transactions, represented the proceeds of some form of unlawful activity.

| COUNT | DATE | NATURE OF FINANCIAL TRANSACTION | APPROXIMATE DOLLAR AMOUNT |
|---|---|---|---|
| 27 | 2/23/2017 | Cash payment to Tea Room, LLC towards purchase of 57 Fair Street, Lewiston, Maine | $20,000 |
| 28 | 7/6/2017 | Cash payment to Tea Room, LLC towards purchase of 57 Fair Street, Lewiston, Maine | $25,000 |
| 29 | 9/10/2017 | Cash payment to Tea Room, LLC towards purchase of 57 Fair Street, Lewiston, Maine | $20,000 |

All in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

## COUNT 30
### (Money Laundering Conspiracy)

Beginning on about November 15, 2016, and continuing through about July 10, 2017, in the District of Maine and elsewhere, defendants

### BRIAN BILODEAU
### MR, LLC

did knowingly combine, conspire, and agree with each other and with other persons known and unknown to the Grand Jury to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, namely to conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which involved the proceeds of specified unlawful activity, that is the unlawful cultivation and distribution of marijuana, with the intent to promote the carrying on of specified unlawful activity, that is the unlawful cultivation and distribution of marijuana, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity.

13

## MANNER AND MEANS

The manner and means used to accomplish the objectives of the conspiracy included, among others, the following financial truncations in connection with the purchase of real property located at 230 Merrow Road, Auburn, Maine:

| DATE (on or about) | NATURE OF FINANCIAL TRANSACTION | APPROXIMATE DOLLAR AMOUNT |
|---|---|---|
| 11/15/2016 | Cash payment to Person A relating to 230 Merrow Road, Auburn | $50,000 |
| 12/15/2017 | Cash payment to Person A relating to 230 Merrow Road, Auburn | $50,000 |
| 1/15/2017 | Cash payment to Person A relating to 230 Merrow Road, Auburn | $50,000 |
| 2/15/2017 | Cash payment to Person A relating to 230 Merrow Road, Auburn | $50,000 |
| 3/15/2017 | Cash payment to Person A relating to 230 Merrow Road, Auburn | $50,000 |
| 4/15/2017 | Cash payment to Person A relating to 230 Merrow Road, Auburn | $50,000 |
| 5/15/2017 | Cash payment to Person A relating to 230 Merrow Road, Auburn | $50,000 |
| 6/15/2017 | Cash payment to Person A relating to 230 Merrow Road, Auburn | $50,000 |
| 7/10/2017 | Cash payment to Person A relating to 230 Merrow Road, Auburn | $50,000 |

All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(h).

## COUNTS 31-34
### (Illegal Monetary Transactions)

On about the dates set forth below, in the District of Maine and elsewhere, defendant

### BRIAN BILODEAU
### BRIAN BILODEAU, LLC

did knowingly engage and attempt to engage in a monetary transaction by through or to a

financial institution, affecting interstate or foreign commerce, in criminally derived property of a

value greater than $10,000, that is a deposit of monetary instruments to the Androscoggin Bank

account in the name of Brian Bilodeau LLC ending in 8713, such property having been derived

from a specified unlawful activity, that is conspiracy to distribute and possess with intent to

distribute controlled substances as charged in Count 1 of this Superseding Indictment:

| COUNT | DATE | NATURE OF FINANCIAL TRANSACTION | APPROXIMATE DOLLAR AMOUNT |
|---|---|---|---|
| 31 | 3/27/2017 | Deposited check 1040 from CPA | $12,500.00 |
| 32 | 6/26/2017 | Deposited check 1125 from CPA | $12,500.00 |
| 33 | 9/26/2017 | Deposited check 1042 from CPA | $12,500.00 |
| 34 | 12/28/2017 | Deposited check 1001 from CPA | $12,500.00 |

All in violation of Title 18, United States Codes, Sections 1957 and 2.

## COUNT 35
### (Money Laundering)

On about November 22, 2017, in the District of Maine and elsewhere, defendant

### TYLER POLAND
### TY PROPERTIES, LLC

knowingly conducted and attempted to conduct a financial transaction affecting interstate and

foreign commerce, specifically a cash payment of $200,000 to Company A and Person A, which

involved the proceeds of specified unlawful activity, that is conspiracy to distribute and possess

15

with intent to distribute controlled substances as charged in Count 1 of this Superseding Indictment, knowing that the transactions were designed in whole and in part to conceal and disguise, the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, defendant knew that the property involved in the financial transactions, represented the proceeds of some form of unlawful activity.

All in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

### COUNT 36
### (Destruction or Removal of Property to Prevent Search or Seizure)

On about February 27, 2018, in the District of Maine and elsewhere, defendant

### TYLER POLAND
### TY CONSTRUCTION, LLC

before the search for and seizure of property by IRS Special Agent Stacey Martin, a person authorized to make such search and seizure, did knowingly destroy, damage, waste, dispose of, transfer, or otherwise took action, for the purpose of preventing or impairing the Government's lawful authority to take such property into its custody or control or to continue holding such property under its lawful custody and control, specifically, he transferred $220,000 from TD Bank account ending in 7379, of which he was the sole authorized signer on the account, to an account at another bank held in the name of a company owned by his father.

All in violation of Title 18 United States Code, Section 2232(a) and 2.

16

## COUNT 37
### (False Statement)

On about May 23, 2018, within the District of Maine, defendant

### DANIEL L. POLAND III
### D.L.P. BUILDERS, INC.

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and

representation in a matter within the jurisdiction of the executive branch of the Government of

the United States.  Specifically, in connection with a forfeiture proceeding pending before the

Internal Revenue Service, Defendant submitted a Seized Asset Claim Form and signed under

penalty of perjury indicating "that my claim to this property that the information provided in

support of my claim is true and correct to the best of my knowledge and belief," when as

Defendants then and there knew, the claim was false and the information provided to the Internal

Revenue Service did not in full represent labor and material costs incurred by D.L.P. Builders,

Inc., for a construction project.

In violation of Title 18, United States Code, Sections 1001(a)(2) and 2.

## COUNT 38
### (False Statement)

On about July 9, 2018, within the District of Maine, defendant

### DANIEL L. POLAND III
### D.L.P. BUILDERS, INC.

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and

representation in a matter within the jurisdiction of the executive branch of the Government of

the United States.  Specifically, in connection with a forfeiture proceeding pending before the

Internal Revenue Service, Defendants submitted a document titled "revised Bill as of July 6,

2018" along with attachments which Defendants then and there knew was false and the

17

information provided to the Internal Revenue Service did not in full represent labor and material costs incurred by D.L.P. Builders, Inc., for a construction project.

In violation of Title 18, United States Code, Sections 1001(a)(2) and 2.

### COUNT 39
### (Perjury)

On about March 2, 2018, in the District of Maine, defendant

### SHAWNA BIELAWSKI

having taken an oath to testify truthfully in a proceeding before the United States District Court for the District of Maine, unlawfully, willfully, knowingly, and contrary to such oath, did make false material declarations, that is, she gave the following underlined false testimony:

Q.     Have you ever seen marijuana in his house?

A.     Medical marijuana, yes.

Q.     Have you ever seen more than a pound of marijuana in his house?

A.     <u>No.</u>

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Q.     Have you ever helped him sell dabs?

A.     <u>No.</u>

Q.     You've never delivered dabs to any other person at his request?

A.     <u>No.</u>

Q.     You're sure about that under oath?

A.     <u>I'm positive.</u>

In violation of Title 18, United States Code, Section 1623(a).

18

## COUNTS 40-41
### (Illegal Monetary Transactions)

On about the dates set forth below, in the District of Maine and elsewhere, defendants

## TYLER POLAND
## TY CONSTRUCTION, LLC

did knowingly engage and attempt to engage in a monetary transaction by through or to a

financial institution, affecting interstate or foreign commerce, in criminally derived property of a

value greater than $10,000, that is a deposit of monetary instruments to the TD Bank account in

the name of TY Construction, LLC, ending in 7379, such property having been derived from a

specified unlawful activity, that is conspiracy to distribute and possess with intent to distribute

controlled substances as charged in Count 1 of this Superseding Indictment:

| COUNT | DATE | NATURE OF FINANCIAL TRANSACTION | APPROXIMATE DOLLAR AMOUNT |
|---|---|---|---|
| 36 | 9/5/2017 | Deposited check 9197 from D.B. and check 164 from W.G. | $30,000.00 |
| 37 | 11/28/2017 | Deposited check 3207 from D.B. and check 173 from W.G. | $20,000.00 |

All in violation of Title 18, United States Codes, Sections 1957 and 2.

## FORFEITURE ALLEGATION #1

Upon conviction of one or more of the controlled substance offenses alleged in Counts 1-

26 of this Superseding Indictment, defendants

**RICHARD DANIELS
JOHN VALDES
TIMMY BELLMORE
BRIAN J. BILODEAU
TYLER POLAND
TIMOTHY VEILLEUX
MARK KILPATRICK
CHARLES CALIRI
YEHUDI PARDO
DANIEL L. POLAND III
D.L.P. BUILDERS, LLC
TY PROPERTIES, LLC
BRIAN BILODEAU, LLC
1830 LISBON ST., LLC
TMB AUTO, LLC
COMVEST, INC**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and

all property constituting or derived from any proceeds said defendants obtained directly or

indirectly as a result of the violations alleged in this Indictment, and any and all property used or

intended to be used in any manner or part to commit and to facilitate the commission of the

violations, including but not limited to each defendant's interest in the following:

a. Non-Real Property:

| ASSET ID | ASSET DESCRIPTION | Date Seized |
|---|---|---|
| 18-DEA-638943 | $16,370.00 U.S. Currency seized in Auburn, Maine | 2/27/2018 |
| 18-DEA-638944 | $140,000.00 U.S. Currency seized in Auburn, Maine | 2/27/2018 |
| 18-DEA-638947 | $2,572.25 U.S. Currency seized in Lewiston, Maine | 2/27/2018 |
| 18-DEA-638948 | $30,020.00 U.S. Currency seized in Lewiston, Maine | 2/27/2018 |
| 18-DEA-638949 | $20,000.00 U.S. Currency seized in Lewiston, Maine | 2/27/2018 |
| 18-DEA-638950 | $10,421.00 U.S. Currency seized in Lewiston, Maine | 2/27/2018 |

| ASSET ID | ASSET DESCRIPTION | Date Seized |
|---|---|---|
| 18-DEA-638952 | $1,265.25 U.S. Currency seized in Lewiston, Maine | 2/27/2018 |
| 18-DEA-638953 | $95,010.00 U.S. Currency seized in Lewiston, Maine | 2/27/2018 |
| 18-DEA-639293 | Tag Heuer Carrera Calibre 1887 Watch seized in Auburn, Maine – estimated value $1,250 | 2/27/2018 |
| 18-DEA-639295 | Breitling 1884 Super Avenger Mens Watch seized in Lewiston, Maine – estimated value $2,250 | 2/27/2018 |
| 18-DEA-639296 | Rolex Oyster Perpetual GMT Master II Date Watch seized in Lewiston, Maine - estimated value $6,500 | 2/27/2018 |
| 18-DEA-639297 | Rolex Oyster Perpetual Daytona Mens Gold Watch seized in Lewiston, Maine – estimated value $21,500 | 2/27/2018 |
| 18-DEA-639298 | Rolex Oyster Perpetual Day-Date Mens Gold Watch seized in Lewiston, Maine – estimated value $9,000 | 2/27/2018 |
| 18-DEA-639299 | Rolex Oyster Perpetual Yacht-Master II Mens Watch seized in Lewiston, Maine - $12,325 | 2/27/2018 |
| 18-DEA-639300 | Rolex Oyster Perpetual Datejust Mens Watch seized in Lewiston, Maine – estimated value $2,250 | 2/27/2018 |
| 18-DEA-639301 | Audemars Piquet Royal Oak Offshore Chronograph Mens Watch seized in Lewiston, Maine – estimated value $33,900 | 2/27/2018 |
| 18-DEA-639302 | Men's 4.5 ct. Diamond Solitaire Ring seized in Lewiston, Maine – estimated value $37,000 | 2/27/2018 |
| 18-DEA-639303 | Gold Flat Band Mens Ring with 11 Diamonds seized in Lewiston, Maine – estimated value $500 | 2/27/2018 |
| 18-DEA-639314 | 2006 John Deere 4720 Commercial Tractor w/Snow Blower Attach seized in Lewiston, Maine | 2/27/2018 |
| 18-DEA-639668 | Assorted Gym Equipment, VL: $6,251.39 seized in Lewiston, Maine | 2/27/2018 |
| 18-IRS-000395 | $32,000 seized from TD Bank – account of Ty Auto LLC ending in 7543 | 3/12/2018 |
| 18-IRS-000396 | $40,000 seized from TD Bank – account of Tyler Poland ending in 4327 | 3/12/2018 |
| 18-IRS-000397 | $293.39 seized from TD Bank – account of Ty Construction, LLC ending in 7379 | 3/12/2018 |
| 18-IRS-000398 | $50,198.37 seized from Maine Family FCU - account of Timmy Bellmore ending in 8637 | 2/27/2018 |
| 18-IRS-000506 | $220,000 seized from Mechanics Savings Bank – account of D.L.P. Builders, Inc.ending in 2585 | 2/28/2018 |
| 18-DEA-641488 | $135,524.97 held in an escrow account by the Law Offices of Verne E. Paradie, which represents the proceeds from the sale of 17 Bridge Street, Lewiston, Maine | n/a |

b. Real Property:

| Asset ID | Address | City | Current Owner of Record | Map/Lot or Parcel ID | Deed Book/Page |
|---|---|---|---|---|---|
| 18-DEA-641489 | 1830 Lisbon St | Lewiston | 1830 Lisbon St., LLC | 069/000/012 | 9579/185 |
| 18-DEA-641490 | 249 Merrow Rd | Auburn | Ty Properties, LLC | 186-012 | 9733/341 |
| 18-DEA-641491 | 230 Merrow Rd, Auburn, or net proceeds from the sale thereof, held in escrow | | MR, LLC | 186-005 | 9489/158 |
| Not assigned | 4 Marigold Way | Lewiston | Kyle Landry | 149/000/216 | 9276/321 |
| Not assigned | 29 Avon Street | Lewiston | Willie Moe Entertainment, Inc. | 206/000/29 | 9356/64 |

If any of the property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c).

## FORFEITURE ALLEGATION #2

Upon conviction of one or more of the offenses set forth in Counts 27-35 of this

Superseding Indictment, charging violation of 18 U.S.C. § 1956(a)(1)(A)(i), 18 U.S.C. §

1956(a)(1)(B)(i), and 18 U.S.C. § 1956(h), defendants

**TIMMY BELLMORE**
**TMB AUTO, LLC**
**BRIAN BILODEAU**
**MR, LLC**
**BRIAN BILODEAU, LLC**
**TYLER POLAND**
**TY PROPERTIES, LLC**
**TY CONSTRUCTION, LLC**

shall forfeit to the United States of America pursuant to 18 U.S.C. § 982(a)(1), any property, real

or personal, involved in such offense, or any property traceable to such property, including, but

not limited to each defendant's interest in the following real property:

| Asset ID | Address | City | Current Owner of Record | Map/Lot or Parcel ID | Deed Book/Page |
|---|---|---|---|---|---|
| 18-DEA-641490 | 249 Merrow Rd | Auburn | Ty Properties, LLC | 186-012 | 9733/341 |
| 18-DEA-641491 | 230 Merrow Rd, Auburn, or net proceeds from the sale thereof, held in escrow | | MR, LLC | 186-005 | 9489/158 |

If any of the property described above, as a result of any act or omission of the defendant: (a)

cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or

deposited with, a third party; (c) has been placed beyond the jurisdiction of the court; (d) has

been substantially diminished in value; or (e) has been commingled with other property which

cannot be divided without difficulty, the United States of America shall be entitled to

forfeiture of substitute property pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. §

982(b)(1) and 28 U.S.C. § 2461(c).

All pursuant to 18 U.S.C. § 982.

## FORFEITURE ALLEGATION #3

Upon conviction of the offense alleged in Count 14 of this Indictment, defendant

### BRIAN BILODEAU

shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all

firearms involved in the commission of the offense, including but not limited to a Beretta, model

BU9 Nano, 9mm pistol, bearing serial number NU111403.


A TRUE BILL,
Signature Redacted.  Original on File at
Clerk's Office


FOREPERSON


Assistant U.S. Attorney
Date: 10/5/18

24